United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGOT CAMP, et al.

        Plaintiffs,

  v.

JEFFREY P ALEXANDER, et al.

        Defendants.

_____/

No. 13-03386  EDL

**ORDER GRANTING APPLICATION  TO
APPEAR TELEPHONICALLY**

On November 9, 2013, Plaintiffs' counsel filed a request to appear telephonically at the motion
hearing and case management conference set for November 26, 2013 at 9:00 a.m. Good cause
appearing, IT IS HEREBY ORDERED that the Request is GRANTED.  Counsel shall stand by
beginning at the date and time above until called by the Court.  No later than two Court days prior,
the parties shall call the Court's courtroom deputy at 415-522-2066 to provide the Court with a
direct dial number to call on for this appearance.

Dated: 11/20/13

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge