IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOT CAMP, et al., | No. C -13-03386 EDL |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| JEFFREY P ALEXANDER, et al., | |
| Defendants. / | |

There are three pending motions in this matter set for hearing in January and February 2014. See Docket Numbers 59, 72 and 77. For convenience, the Court consolidates the hearings on the motions at docket numbers 59, 72 and 77 to January 21, 2014 at 2:00 p.m. Briefing is complete as to the second motion for discovery (docket number 59). Briefing on the motion to compel (docket number 72) shall proceed as scheduled with the opposition due on December 31, 2013 and the reply, if any, due on January 7, 2014. Briefing on the motion to quash (docket number 77) is revised as follows: the opposition shall be filed no later than January 3, 2014, and the reply, if any, shall be filed no later than January 7, 2014. At the January 21, 2014 hearing, the Court will also address the issues raised in docket number 66 with no further briefing.

**IT IS SO ORDERED.**

Dated: December 30, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge