**WOODALL LAW OFFICES**
580 CALIFORNIA STREET, 16TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 439-4803
FACSIMILE: (866) 937-4109
KEVIN@KWOODALLLAW.COM

KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR PLAINTIFFS, MARGOT CAMP,
ARCIVAL BUHAT, YADIRA RODRIGUEZ, CHRISTIAN DILAY
AND THOSE SIMILARLY SITUATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOT CAMP, ARCIVAL BUHAT, YADIRA RODRIGUEZ, AND CHRISTIAN DILAY, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>V.<br><br>JEFFREY P. ALEXANDER, D.D.S. DBA THE YOUTHFUL TOOTH COMPANY, A DENTAL CORPORATION; JEFFREY P. ALEXANDER, AN INDIVIDUAL; MARY JANE SALAZAR, AN INDIVIDUAL, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO. C 13-03386 EDL<br><br>**PLAINTIFFS' REQUEST FOR CLARIFICATION REGARDING ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT** |

In October, 2013, Plaintiffs filed a Motion for Leave File an Amended Complaint ("Motion"), in which they sought to bring a Private Attorneys General Act ("PAGA") claim against Defendant Jeffrey P. Alexander D.D.S. dba The Youthful Tooth Company ("Defendant"), among other claims against Defendant and other parties. As the Division of Labor Standards Enforcement ("DLSE") had not yet dismissed its PAGA citations when the motion was brought, Plaintiffs sought to include PAGA claims against Defendant that were not part of the DLSE's PAGA citations, as it was Plaintiffs' position that it could bring those PAGA claims while the DLSE pursued its citations regarding

1   other violations.

2       Subsequently, after briefing regarding the Motion, but prior to the Court's Order,
3 the DLSE dismissed with prejudice its PAGA citations. Last week, the Court granted
4 Plaintiffs' Motion. Due to the DLSE's dismissal of the PAGA citations, Plaintiffs
5 believe they are able to bring all PAGA claims against Defendant. However, it is unclear
6 from the Order whether Plaintiffs were given permission to file an Amended Complaint
7 regarding all PAGA claims against Defendant.

8       In an abundance of caution, Plaintiffs seek clarification of the Court's Order in this
9 respect in an effort to comply with the Court's Orders, and to avoid another motion for
10 leave to amend due to the changed circumstances (i.e., the DLSE's dismissal of PAGA
11 citations) after this Motion was briefed.

13 DATE:  FEBRUARY 19, 2014            WOODALL LAW OFFICES

15                                     BY:  /S/ KEVIN F. WOODALL
16                                          KEVIN F. WOODALL
                                        ATTORNEYS FOR PLAINTIFFS, MARGOT
                                        CAMP, ARCIVAL BUHAT, YADIRA
17                                      RODRIGUEZ AND CHRISTIAN DILAY, AND
                                        ALL SIMILARLY SITUATED FORMER AND
18                                      CURRENT EMPLOYEES