IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOT CAMP et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JEFFREY P ALEXANDER DDS, et al,<br><br>　　　　Defendants.　　　　　　　　／ | No. C -13-03386(EDL)<br><br>**ORDER REGARDING PLAINTIFF'S REQUEST FOR A CLARIFICATION** |

　　　Plaintiffs in this putative wage-and-hour class action have filed a request for clarification of the Court's order of February 14, 2014 that, among other things, granted Plaintiffs' Motion for Leave to File an Amended Complaint. Docket No. 92. Plaintiffs ask that the Court clarify which claims under California's Private Attorney General Act ("PAGA") they have been granted leave to file. Plaintiffs' Motion for Leave to File an Amended Complaint requested that they be allowed to: add claims under California Business and Professions Code § 17200; add PAGA claims against the individual Defendants, Jeffrey P. Alexander and Mary Jane Salazar; add a PAGA claim against the corporate Defendant based on Labor Code violations not addressed in the DLSE citations; and correct a typographical error. See Docket No. 16 at 2. The Court granted Plaintiffs' motion. Therefore, Plaintiffs are entitled to amend their Complaint in the manner laid out in their Motion for Leave to Amend, which includes both the PAGA claims that would have been barred by the DLSE citations in place at the time the motion was filed and the additional claims laid out in the motion. However, the Court will not anticipate what action, if any, Defendants may take in response to the amended complaint Plaintiffs file.

　　　**IT IS SO ORDERED.**

Dated: February 25, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge