IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOT CAMP et al, | No. C -13-03386(EDL) |
| Plaintiffs, | **ORDER** |
| v. | |
| JEFFREY P ALEXANDER et al, | |
| Defendants. | |

On March 3, 2014, Plaintiffs filed an ex parte application to enjoin Defendants and their Counsel from communicating with putative class members about the case and to alleviate the damage Plaintiffs claim was caused by Defendants' February 20, 2014 letter to their employees about the case and the declaration attached to it.  Docket No. 111.  The declaration states that the employee waives all claims in this putative class action.  Plaintiffs contend that the letter is misleading and improper.  Plaintiffs have requested that the Court rule on the application immediately.  Docket No. 115.  Defendants have requested at least 14 days to respond to Plaintiffs' application for relief.  Docket No. 114.  It is HEREBY ORDERED that Defendants shall respond to Plaintiffs' application in no more than 10 pages, by March 14, 2014.  Until the Court has ruled on the issues raised in Plaintiffs' application, Defendants and their counsel are requested not to further communicate with putative class members about the case and not seek signed declarations from any more putative class members.  If asked about the letter or the case by a putative class member, Defendants should limit their response to providing a copy of this Order.

**IT IS SO ORDERED.**

Dated: March 6, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge