UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARGOT CAMP, et al.,

    Plaintiffs,

  v.

JEFFREY P. ALEXANDER, et al.,

    Defendants.

No. C 13-3386 EDL

**ORDER RE: DEFENDANT'S REQUEST TO COMPEL ATTENDANCE**

    The court is in receipt of defendants' request, dated March 7, 2014, to compel the attendance of certain plaintiffs at the mediation session scheduled for April 3, 2014.

    This case is referred to private mediation. Pursuant to ADR L.R. 3-4(b), "[p]rivate ADR proceedings...are not subject to the enforcement, immunity or other provisions of the ADR Local Rules.' See also Commentary to ADR L.R. 8-2. If appropriate, defendants may wish to present this request to the assigned judge as a component of case management.

    IT IS SO ORDERED.

March 25, 2014      By: _____

Dated                          Maria-Elena James
                               United States Magistrate Judge