IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGOT CAMP, et al.

    Plaintiffs,

  v.

JEFFREY P ALEXANDER, et al.

    Defendants.

 /

No. 13-03386 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On June 21, 2014, Plaintiffs' counsel filed a request to appear telephonically at the motion hearing set for July 8, 2014 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-2066 to provide the Court with a direct dial number to call on for this appearance.

Dated: June 30, 2014

                                   ELIZABETH D. LAPORTE
                                   United States Chief Magistrate Judge