UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOT CAMP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFREY P. ALEXANDER, et al.,<br><br>    Defendants. | Case No. 13-cv-03386-EDL<br><br>**ORDER STAYING CASE FOR SIXTY DAYS** |

On September 17, 2014, Plaintiffs filed a motion to compel, and a motion to shorten time to hear the motion to compel. On September 19, 2014, the Court granted the motion to shorten time, and ordered an opposition to the motion to compel to be filed by September 24, 2014 and a reply to be filed by September 25, 2014. Also on September 19, 2014, the corporate Defendant in this case filed a Notice of Stay, stating that Jeffrey P. Alexander, D.D.S., Inc., dba Youthful Tooth had filed for bankruptcy. The parties also filed the briefs that were ordered to be filed on September 24 and 25, 2014. The parties primarily dispute whether the stay applicable to the corporate Defendant extends to the individual Defendants in this matter.

It is far from clear that the stay extends to the individual Defendants. However, the Court temporarily stays this case for sixty days subject to Defendants filing a motion with the bankruptcy court as soon as possible seeking a ruling from that court as to whether the stay of the action as to the corporate Defendant extends to the individual Defendants. Defendants shall seek to expedite a ruling from the bankruptcy court on this issue. The sixty day stay of the action in

1  this case will not be extended absent a strong showing of good cause.

2  **IT IS SO ORDERED**.

3  Dated: September 30, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge