IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGOT CAMP et al.,

    Plaintiffs,

v.

JEFFREY P ALEXANDER et al.,

    Defendants.

No. C -13-03386(EDL)

**ORDER REQUIRING STATUS UPDATE**

Pursuant to stipulation, this case was stayed until January 2, 2015 to allow the parties time to resolve issues relating to a parallel bankruptcy proceeding and participate in a settlement conference that was scheduled to take place on December 12, 2014. The parties are hereby ordered to file a Joint Status Update informing the Court of the status of the bankruptcy proceeding and whether or not the case settled during the settlement conference. The Joint Status Update shall be filed by January 14, 2015. Upon receipt, the Court will make a determination as to whether the stay should remain in effect or the case should be returned to the Court's active case docket.

**IT IS SO ORDERED.**

Dated: January 7, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge