IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOT CAMP et al., | No. C -13-03386(EDL) |
| Plaintiffs, | **ORDER EXTENDING STAY AND REQUIRING STATUS UPDATE** |
| v. | |
| JEFFREY P ALEXANDER et al., | |
| Defendants. | |

Pursuant to stipulation, this case was stayed until January 2, 2015 to allow the parties time to resolve issues relating to a parallel bankruptcy proceeding and participate in a settlement conference. The parties have informed the Court that, though the case was not resolved at the settlement conference, settlement discussions are ongoing. Therefore, the stay of this case is hereby extended until March 16, 2015. The parties shall file a Joint Status Update informing the Court of the status of the bankruptcy proceeding and whether or not the case has settled by no later than March 13, 2015. The Court is unlikely to grant a further extension of the stay, and will return the case to the Court's active case docket on March 16, 2015 unless good cause is shown.

**IT IS SO ORDERED.**

Dated: January 14, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge