UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGOT CAMP, et al.,

    Plaintiffs,

v.

JEFFREY P. ALEXANDER, et al.,

    Defendants.

Case No. 13-cv-03386-EDL

**ORDER EXTENDING STAY**

Pursuant to stipulation, this case was stayed until January 2, 2015 to allow the parties time to resolve issues relating to a parallel bankruptcy proceeding and participate in a settlement conference. The stay was subsequently extended to March 16, 2015 at the request of the parties. On March 13, 2015, the parties filed a joint status report, seeking a further extension of the stay. Because it appears that the bankruptcy case is proceeding apace and the parties have expressed a desire to work toward a global resolution of this matter, there is good cause for an extension. Therefore, the stay of this case is hereby extended until May 15, 2015. The parties shall file a Joint Status Update informing the Court of the status of the bankruptcy proceeding and whether or not the case has settled by no later than May 8, 2015. As stated in the Court's last order, the Court is unlikely to grant a further extension of the stay, and will return the case to the Court's active case docket on May 15, 2015 unless good cause is shown.

**IT IS SO ORDERED.**

Dated: March 17, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge