# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOT CAMP, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFREY P. ALEXANDER, et al.,<br><br>    Defendants. | Case No. 13-cv-03386-EDL<br><br>**ORDER REINSTATING STAY OF CASE** |

On July 24, 2015, the parties filed a Joint Status Report requesting that the Court stay this litigation while certain issues are worked out in a parallel bankruptcy proceeding. The Court finds good cause for reinstating the stay of this litigation. This case is stayed until December 21, 2015. The parties shall file a joint update by no later than December 14, 2015 informing the Court of the status of the bankruptcy proceedings and its impact on this litigation.

**IT IS SO ORDERED.**

Dated: July 27, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge