1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGOT CAMP, et al.,

Plaintiffs,

v.

JEFFREY P. ALEXANDER, et al.,

Defendants.

Case No.  13-cv-03386-EDL

**ORDER EXTENDING STAY OF CASE**

This Court previously stayed this case until December 21, 2015 due to ongoing discussions relating to a parallel bankruptcy proceeding.  The parties have filed a joint update informing the Court that settlement discussions with the bankruptcy trustee remain ongoing.  The stay is hereby extended until February 12, 2016, and another status report will be filed on or before that date.

**IT IS SO ORDERED.**

Dated: December 11, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
Northern District of California

1

2

3

4                                  UNITED STATES DISTRICT COURT

5                                NORTHERN DISTRICT OF CALIFORNIA

6

7      MARGOT CAMP, et al.,                            Case No.  13-cv-03386-EDL

                    Plaintiffs,
8
                                                       **CERTIFICATE OF SERVICE**
          v.
9
       JEFFREY P. ALEXANDER, et al.,
10
                    Defendants.
11

12
           I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13
       District Court, Northern District of California.
14

15
           That on December 11, 2015, I SERVED a true and correct copy(ies) of the attached order,
16
       by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed,
17
       by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
18
       delivery receptacle located in the Clerk's office.
19

20     Jeffrey P. Alexander
       3400 Richmond Parkway
21     Richmond, CA 94806

22
       Dated: December 11, 2015
23

24                                                     Susan Y. Soong
                                                       Clerk, United States District Court
25

26

27     By:_____
                                                       Stephen Ybarra, Deputy Clerk to the
28                                                     Honorable ELIZABETH D. LAPORTE
                                                       2