UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGOT CAMP, et al.,

    Plaintiffs,

v.

JEFFREY P. ALEXANDER, et al.,

    Defendants.

Case No. 13-cv-03386-EDL

**ORDER EXTENDING STAY OF CASE**

This Court previously stayed this case until February 12, 2016 due to ongoing discussions relating to a parallel bankruptcy proceeding. The parties have filed a joint update informing the Court that settlement discussions with the bankruptcy trustee remain ongoing. The stay is hereby extended until May 13, 2016, and another status report will be filed on or before that date.

**IT IS SO ORDERED.**

Dated: February 11, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOT CAMP, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JEFFREY P. ALEXANDER, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-03386-EDL<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　　That on February 11, 2016, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey P. Alexander
3400 Richmond Parkway
Richmond, CA 94806

Dated: February 11, 2016

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Stephen Ybarra, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable ELIZABETH D. LAPORTE

2