UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGOT CAMP, et al.,

    Plaintiffs,

v.

JEFFREY P. ALEXANDER, et al.,

    Defendants.

Case No. 13-cv-03386-EDL

**ORDER EXTENDING STAY OF CASE**

This Court previously stayed this case until May 13, 2016 due to ongoing discussions relating to a parallel bankruptcy proceeding. The parties have filed a joint update informing the Court that the bankruptcy trustee has a trial scheduled for October 2016 to recover allegedly fraudulently transferred funds that could be used to resolve Plaintiffs' claims in this action, and the trustee intends to file a final bankruptcy plan after the trial. The stay is hereby extended until November 15, 2016, and another status report will by November 8, 2016.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge